ACCEPTED
01-15-00436-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 11:53:36 AM
CHRISTOPHER PRINE
CLERK

Filed: 5/8/2015 4:13:47 PM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 5218148
By: Shalija Dixit
5/8/2015 4:17:22 PM

CAUSE NO. 14CV0490

| | | |
|---|---|---|
| PAUL AND CAROLYN HORN, MIKE AND LUCY STACY, PETE AND JUDY GARCIA AND JANICE FRANKIE | §<br>§<br>§<br>§ | IN THE DISTRICT COURT OF |
| | | 1st COURT OF APPEALS HOUSTON, TEXAS |
| v. | §<br>§<br>§ | GALVESTON COUNTY, TEXAS |
| | | |
| CITY OF FRIENDSWOOD and MAYOR KEVIN M. HOLLAND | §<br>§<br>§ | 212TH JUDICIAL DISTRICT |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/13/2015 11:53:36 AM
CHRISTOPHER A. PRINE
Clerk

## DEFENDANTS' NOTICE OF APPEAL

The City of Friendswood and Kevin Holland, Defendants in the above numbered matter, file this Notice of Interlocutory Appeal pursuant to § 51.014(a)(8) and § 51.014(a)(5) of the Texas Civil Practice and Remedies Code, and desire to appeal the District Court's April 20, 2015 Order denying Defendants' Plea to the Jurisdiction and Defendants' Motion to Dismiss.

This is an accelerated appeal which will be taken to the 1st or 14th Court of Appeals.

Respectfully submitted,

**CHAMBERLAIN, HRDLICKA WHITE WILLIAMS & AUGHTRY**

*/s/William S. Helfand*
WILLIAM S. HELFAND
SBOT # 09388250
CHARLES T. JEREMIAH
SBOT # 00784338
1200 Smith Street, Suite1400
Houston, Texas 77002
(713) 654-9630
(713) 658-2553
Bill.helfand@chamberlainlaw.com
Charles.jeremiah@chamberlainlaw.com

ATTORNEYS FOR DEFENDANT,
CITY OF FRIENDSWOOD, TEXAS


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded in accordance with the local rules, via facsimile, hand-delivery, and/or certified mail, return receipt requested, on this 8th day of May, 2015 to the following:

Aaron Pool
James T. Sunosky
Donato Minx Brown & Pool, PC
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027


*/s/ William S. Helfand*

1891224_1